**Travis R. BLACKMON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66835.**

Missouri Court of Appeals,
Western District.

March 13, 2007.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie L. Wan, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before HOWARD, C.J., and ULRICH and SPINDEN, JJ.

## Order

PER CURIAM.

Travis Blackmon argues that the trial court erred in overruling his Rule 29.15 motion because his trial counsel was ineffective for not adequately cross-examining the alleged victim to show that she was lying about the facts and circumstances of the charged incident. The extent of cross-examination is a matter of trial strategy and Blackmon was not prejudiced. The judgment of the motion court is affirmed. Rule 84.16(b).